AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| JAHEL GONZALEZ, and other similarly situated individuals, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.   1:22-cv-22727-RKA |
| 1350 S DIXIE LLC d/b/a THESIS HOTEL MIAMI; NRI REAL TOKEN TENANT, LLC d/b/a THESIS HOTEL MIAMI; BRENT REYNOLDS, individually; LINK SERVICES CC CORP; and NASSIM N. CHAURIYE, | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NRI REAL TOKEN TENANT, LLC d/b/a THESIS HOTEL MIAMI
c/o INCORPORATING SERVICES, LTD.
1540 GLENWAY DR
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julisse Jimenez, Esq.
Saenz & Anderson, PLLC
20900 NE 30th Ave., Ste. 800
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Aug 29, 2022

Angela E. Noble
Clerk of Court

*s/ M. Brown*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| JAHEL GONZALEZ, and other similarly situated individuals, <br><br> *Plaintiff(s)* <br><br> v. <br><br> 1350 S DIXIE LLC d/b/a THESIS HOTEL MIAMI; NRI REAL TOKEN TENANT, LLC d/b/a THESIS HOTEL MIAMI; BRENT REYNOLDS, individually; LINK SERVICES CC CORP; and NASSIM N. CHAURIYE, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:22-cv-22727-RKA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  NASSIM N. CHAURIYE, SR.
345 OCEAN DR.
821
MIAMI BEACH, FL 33119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julisse Jimenez, Esq.
Saenz & Anderson, PLLC
20900 NE 30th Ave., Ste. 800
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Aug 29, 2022

*s/ M. Brown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| JAHEL GONZALEZ, and other similarly situated individuals, <br><br> *Plaintiff(s)* <br><br> v. <br><br> 1350 S DIXIE LLC d/b/a THESIS HOTEL MIAMI; NRI REAL TOKEN TENANT, LLC d/b/a THESIS HOTEL MIAMI; BRENT REYNOLDS, individually; LINK SERVICES CC CORP; and NASSIM N. CHAURIYE, <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.    1:22-cv-22727-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   LINK SERVICES CC CORP
c/o CHAURIYE, NASSIM N, SR.
345 OCEAN DR.
821
MIAMI BEACH, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julisse Jimenez, Esq.
Saenz & Anderson, PLLC
20900 NE 30th Ave., Ste. 800
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Aug 29, 2022

Angela E. Noble
Clerk of Court

*s/ M. Brown*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| JAHEL GONZALEZ, and other similarly situated individuals, | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.   1:22-cv-22727-RKA |
| 1350 S DIXIE LLC d/b/a THESIS HOTEL MIAMI; NRI REAL TOKEN TENANT, LLC d/b/a THESIS HOTEL MIAMI; BRENT REYNOLDS, individually; LINK SERVICES CC CORP; and NASSIM N. CHAURIYE, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   1350 S DIXIE LLC d/b/a THESIS HOTEL MIAMI
c/o INCORPORATING SERVICES, LTD.
1540 GLENWAY DR
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julisse Jimenez, Esq.
Saenz & Anderson, PLLC
20900 NE 30th Ave., Ste. 800
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Aug 29, 2022

Angela E. Noble
Clerk of Court

*s/ M. Brown*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| JAHEL GONZALEZ, and other similarly situated individuals, | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.    1:22-cv-22727-RKA |
| 1350 S DIXIE LLC d/b/a THESIS HOTEL MIAMI; NRI REAL TOKEN TENANT, LLC d/b/a THESIS HOTEL MIAMI; BRENT REYNOLDS, individually; LINK SERVICES CC CORP; and NASSIM N. CHAURIYE, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BRENT REYNOLDS
1340 S DIXIE HWY SUITE 612
CORAL GABLES, FL 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Julisse Jimenez, Esq.
Saenz & Anderson, PLLC
20900 NE 30th Ave., Ste. 800
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:    Aug 29, 2022

*s/ M. Brown*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court