AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JAHEL GONZALEZ, and other similarly situated individuals,<br><br>*Plaintiff(s)*<br><br>v.<br><br>1350 S DIXIE LLC d/b/a THESIS HOTEL MIAMI; NRI REAL TOKEN TENANT, LLC d/b/a THESIS HOTEL MIAMI; BRENT REYNOLDS, individually; LINK SERVICES CC CORP; and NASSIM N. CHAURIYE,<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-22727-RKA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BRENT REYNOLDS
c/o Secretary of State
P.O. Box 6327
Tallahassee, FL 32314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julisse Jimenez, Esq.
Saenz & Anderson, PLLC
20900 NE 30th Ave., Ste. 800
Aventura, FL 33180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Oct 11, 2022

**SUMMONS**

*s/ Mary Etienne*
Deputy Clerk
U.S. District Courts