**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cv-22727-CIV-ALTMAN/Reid**

**JAHEL GONZALEZ**,

     *Plaintiff,*

v.

**1350 S DIXIE LLC
d/b/a Thesis Hotel Miami**, *et al.*,

     *Defendants.*

_____/

## ORDER OF DISMISSAL

The Plaintiff filed a Notice of Voluntary Dismissal without Prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), as to all claims and causes of action brought against Defendants Link Services CC Corp, Brent Reynolds, and Nassim N. Chauriye, Sr. *See* Notice of Voluntary Dismissal [ECF No. 18]. Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that all claims and causes of action brought by the Plaintiff in this case against Link Services CC Corp, Brent Reynolds, and Nassim N. Chauriye, Sr. are **DISMISSED** *without prejudice*. The Plaintiff, Link Services CC Corp, Brent Reynolds, and Nassim N. Chauriye, Sr., shall each pay their own court costs and attorneys' fees, unless otherwise agreed to. The Clerk is directed to **TERMINATE** Link Services CC Corp, Brent Reynolds, and Nassim N. Chauriye, Sr., from this case.

     **DONE AND ORDERED** in the Southern District of Florida, this 24th day of October 2022.

                            _____

                            **ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:     counsel of record