UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22727-ALTMAN/Reid

JAHEL GONZALEZ,

     *Plaintiff*,

*v.*

1350 S DIXIE, LLC *d/b/a*
THESIS HOTEL MIAMI *et al.*,

     *Defendants.*

_____/

## ORDER

On June 22, 2023, the mediator in this case, Marlene Quintana, filed a Mediator's Report [ECF No. 62], indicating that the parties have reached a settlement. We therefore **ORDER and ADJUDGE** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal by **July 6, 2023**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on June 22, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record