UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22727-RKA

JAHEL GONZALEZ and others similarly
situated individuals,

        Plaintiff(s),

v.

1350 S DIXIE LLC, d/b/a THESIS HOTEL
MIAMI; NRI TOKEN TENANT, LLC, d/b/a
THESIS HOTEL MIAMI; BRENT REYNOLDS,
Individually; HERSHA HOSPITALITY
MANAGEMENT, LP d/b/a Thesis Hotel
d/b/a Sheraton Miami Airport;
LINK SERVICES CC CORP;
and NASSIM N. CHAURIYE, SR.,
individually,

        Defendants.
_____/

1350 S DIXIE LLC,
NRI TOKEN TENANT, LLC, and
HERSHA HOSPITALITY MANAGEMENT, L.P.,

        Cross-Claim Plaintiffs,

v.

LINK HOSPITALITY, CORP.

        Cross-Claim Defendant.

_____/

**CROSS-CLAIM PLAINTIFFS, 1350 S DIXIE LLC, NRI REAL TOKEN TENANT, LLC, AND HERSHA HOSPITALITY MANAGEMENT, LP'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CROSS CLAIMS AGAINST CROSS-CLAIM DEFENDANT LINK HOSPITALITY, CORP**

Cross-Claim Plaintiffs, 1350 S DIXIE LLC, NRI REAL TOKEN TENANT, LLC, and

HERSHA HOSPITALITY MANAGEMENT, LP, hereby give Notice of their Voluntary

Dismissal with prejudice of all cross-claims against Cross-Claim Defendant, LINK HOSPITALITY, CORP.  All parties shall bear their own attorney's fees and costs.

Respectfully submitted 26th day of July, 2023

/s/ *Elizabeth M. Rodriguez*
Elizabeth M. Rodriguez
Florida Bar No. 821690
FordHarrison
One S.E. 3rd Avenue, Suite 2130
Miami, Florida 33131 Telephone: (305) 808-2143 Facsimile: (305) 808-2101
erodriguez@fordharrison.com
Attorneys for Defendants,
1350 S DIXIE LLC, NRI REAL TOKEN TENANT, LLC, and HERSHA HOSPITALITY MANAGEMENT, LP

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 26th day of July, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/*Elizabeth M. Rodriguez*
Elizabeth M. Rodriguez

## SERVICE LIST

Julisse Jimenez
E-Mail: julisse@saenzanderson.com
Tanesha W. Blye
E-Mail: tblye@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
Counsel for Plaintiff

Irma T. Solares
E-mail: ISolares@carltonfields.com
Carlton Fields
2 Miami Central
700 NW 1st Avenue, Ste. 1200
Miami, Florida 33136-4118
Telephone: (305) 347.6843
Facsimile: (305) 530.0055
Counsel for Defendants LINK HOSPITALITY CORP